IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:07cr61-MHT |
| | ) | |
| ARINNIYI OMOLADE AKINYEMI | ) | |

## **ORDER**

Defendant, ARINNIY OMOLADE AKINYEMI, has not been arraigned on the pending superseding indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for September 26, 2007 at 10:30 a.m. in Courtroom 4-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce for the defendant for the arraignment.

DONE this 13th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE