IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr61-MHT |
| ) | |
| ARINNIYI OMOLADE AKINYEMI ) | |

## **ORDER**

For good cause, it is

ORDERED that a bond hearing be and is hereby set for September 28, 2007 at 11:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the person or persons having custody of the defendant shall produce him for said hearing.

DONE this 27th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE