IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-61-MHT |
| ) | |
| **ARINNIYI OMOLADE AKINYEMI** ) | |
| ) | |

**GOVERNMENT'S MOTION FOR DETENTION**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. <u>Eligibility of Cases</u>

   This case is eligible for a detention order because this case involves:

   _____    10 + year crime of violence (18 U.S.C. § 3156)

   _____    10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

   _____    Maximum sentence of life imprisonment or death

   _____    10 + year drug offense

   _____    Felony, with two prior convictions in the above categories

   _____    Felony involving a minor victim

   _____    Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

   _____    Failure to register as a sex offender (18 U.S.C. § 2250)

   ____X____    Serious risk the defendant will flee

   ____X____    Serious risk of obstruction of justice

2. <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

|     X     | Defendant's appearance as required |

|           | Safety of any other person and the community |

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

|           | Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described |

|           | Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c) |

|           | Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a) |

|           | Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)) |

|           | Probable cause to believe defendant committed 10 + year offense involving a minor victim |

4. <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

|           | At the initial appearance |

|     X     | After continuance of <u>3</u> days |

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 28th day of Septebmer, 2007.

                            LEURA G. CANARY
                            United States Attorney

                            /s/ Christopher A. Snyder
                            CHRISTOPHER A. SNYDER
                            Assistant United States Attorney
                            Post Office Box 197
                            Montgomery, Alabama 36101-0197
                            334.223.7280
                            334.223.7135 fax
                            christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:07-cr-61-MHT |
| **ARINNIYI OMOLADE AKINYEMI** | ) ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jim Cooper, Esq.

                Respectfully submitted,
                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Christopher A. Snyder
                CHRISTOPHER A. SNYDER
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135 fax
                christopher.a.snyder@usdoj.gov