IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:07cr61-MHT |
| | ) | |
| ARINNIYI OMOLADE AKINYEMI | ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Suppress Statements and Materials (Doc. #127) filed on October 10, 2007, it is hereby

ORDERED that a hearing in this cause be set for October 25, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the government shall file their response to the motion on or before October 17, 2007.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 10th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE