IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-61-MHT |
| | ) | |
| ARINNIYI OMOLADE AKINYEMI | ) | |

## PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Arinniyi Akinyemi, into the custody of James Tynan, U.S. Postal Inspector, and/or Doug Wilson, U.S. Secret Service, and/or Trevor Fenwick, U.S. Secret Service, from October 18, 2007, through January 18, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing James Tynan, U.S. Postal Inspector, and/or Doug Wilson, U.S. Secret Service, and/or Trevor Fenwick, U.S. Secret Service, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 18th of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-61-MHT |
| | ) | |
| ARINNIYI OMOLADE AKINYEMI | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

    LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-61-MHT |
| | ) | |
| ARINNIYI OMOLADE AKINYEM | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on October 18, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Arinniyi Akinyem, to James Tynan, U.S. Postal Inspector, and/or Doug Wilson, U.S. Postal Inspector, and/or Trevor Fenwick, U.S. Secret Service, on October 18, 2007, through January 18, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that James Tynan, U.S. Postal Inspectors, and/or Doug Wilson, U.S. Postal Inspector, and/or Trevor Fenwick, U. S. Secret Service, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of October, 2007.

_____
Wallace Capel, Jr
UNITED STATES MAGISTRATE JUDGE