IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:07cr61-MHT |
| | ) | |
| ARINNIYI OMOLADE AKINYEMI | ) | |

**ORDER ON MOTION**

Upon consideration of the Government's Motion to Release Custody of Prisoner (Doc. #137), filed on October 18, 2007, and for good cause, it is

ORDERED that the motion (Doc. #137) is GRANTED. It is further

ORDERED that the United States Marshals Service release custody of Arinniyi Akinyem, to James Tynan, U.S. Postal Inspector, and/or Doug Wilson, U.S. Postal Inspector, and/or Trevor Fenwick, U.S. Secret Service, on October 18, 2007, through January 18, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that James Tynan, U.S. Postal Inspectors, and/or Doug Wilson, U.S. Postal Inspector, and/or Trevor Fenwick, U. S. Secret Service, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 18th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE