IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | *<br>*<br>* | |
| vs. | *<br>* | CR. NO. 2:07cr-61-MHT |
| ARINNIYI OMOLANDE AKINYEMI<br>　　　Defendant. | *<br>* | |

### ARINNIYI OMOLANDE AKINYEMI'S NOTICE OF CHANGE OF PLEA

　　COMES, James R. Cooper, Jr. who on behalf of his client Arinniyi Omolande Akinyemi, does give notice that Mr. Akinyemi intends to change his plea from Not Guilty to Guilty.

1.　The date of October 29th, 2007, after 11:00 A.M., October 31, 2007, all day and November 2, 2007, all morning are presently available for a guilty plea with counsel.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,


　　　　　　　　　　　　　　　　/s/ James R. Cooper, Jr.
　　　　　　　　　　　　　　　　James R. Cooper, Jr.  (COO021)
　　　　　　　　　　　　　　　　COOPER & COOPER
　　　　　　　　　　　　　　　　312 Scott Street
　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　(334) 262-4887
　　　　　　　　　　　　　　　　(334) 262-4880 (Facsimile)


### CERTIFICATE OF SERVICE

　　I hereby certify that on this the 25th day of October, 2007, I have filed the Notice of Change of Plea  Upon Mr. Chris Snyder , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

/s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:
Mr. Arinniyi Omolande Akinyemi
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104