IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | *<br>*<br>* | |
| vs. | *<br>* | CR. NO. 2:07cr-61-MHT |
| ARINNIYI OMOLANDE AKINYEMI<br>　　Defendant. | *<br>* | |

### ARINNIYI OMOLANDE AKINYEMI'S WITHDRAWAL OF MOTION TO SUPPRESS

　　COMES, James R. Cooper, Jr. who on behalf of his client Arinniyi Omolande Akinyemi, does give notice that Mr. Akinyemi withdraws his Motion to Suppress having reached a Plea Agreement with the US. Attorney's Office this day immediately proceeding the scheduled hearing on the Motion to Suppress.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　/s/ James R. Cooper, Jr.
　　　　　　　　　　　　　　　　　　James R. Cooper, Jr.  (COO021)
　　　　　　　　　　　　　　　　　　COOPER & COOPER
　　　　　　　　　　　　　　　　　　312 Scott Street
　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　　(334) 262-4887
　　　　　　　　　　　　　　　　　　(334) 262-4880 (Facsimile)

### CERTIFICATE OF SERVICE

　　I hereby certify that on this the 25th day of October, 2007, I have filed the Withdrawal of Motion to Suppress  Upon Mr. Chris Snyder , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

/s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:
Mr. Arinniyi Omolande Akinyemi
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104