IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
        v.                   )    CRIMINAL ACTION NO.
                             )      2:07cr61-MHT
ARINNIYI OMOLADE AKINYEMI    )

<u>ORDER</u>

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 146) is granted.

(2) The motion to suppress (Doc. No. 127) is
withdrawn.

DONE, this the 26th day of October, 2007.


        <u>  /s/ Myron H. Thompson  </u>
        UNITED STATES DISTRICT JUDGE