IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-61-MHT-WC |
| ) | |
| ARINNIYI OMOLADE AKINYEMI ) | INFORMATION |
| ) | |

The United States Attorney charges:

## COUNT 1 – OBSTRUCTION OF JUSTICE

1     On or about March 8, 2006, based upon a joint investigation of the United States Postal Inspection Service and the Troy Police Department, Bendict Adande was arrested on a federal complaint from the Middle District of Alabama. The United States Postal Inspection Service is a department or agency of the United States. Based upon information obtained from Adande, the case was expanded to include the defendant, Arinniyi Omolade Akinyemi.

2.     Akinyemi was aware of this proceeding and aware that Adande had been arrested. On March 28, 2006, at the request of United States Postal Inspector James Tynan, Troy Police Detective Terry Miles questioned Akinyemi. During this questioning Akinyemi claimed he did not know about any criminal activity involving Adande, or his other co-defendants, including, but not limited to Nukak Effoing Asanansi, Somotochukwe Enyiom Ogbonna, Adeleke Olutubosun Taiwo, and Bankole Babjide Balogun. This statement was false. Akinyemi knew it was false, but gave it to protect himself and others involved in the ongoing postal investigation.

3.     Further investigation has detailed that Akinyemi received mail and packages for many of his co-defendants. Some of this mail were letters and packages of the victims in this case, which had been diverted to Akinyemi's address. On April 28, 2006, Tynan questioned Akinyemi and

confronted him with some of the evidence obtained during his investigation. Akinyemi then partially recanted his prior statement and admitted that he had received packages for Balogun, which had been ordered with a stolen credit card, and that he received mail for Asanansi.

4. On September 11, 2007, Akinyemi was arrested. He then gave another statement to Tynan. In that statement, Akinyemi stated that he knew that Adande and Asanansi were having mail, which containing fraudently obtained credit card information, mailed to his apartment in Troy, Alabama. He also admitted that he had received packages for Balogun that he and Balogun knew were fraudulently ordered.

5. Akinyemi has since partially recanted these statements as well. He now claims that these statements he gave were falsehoods he told Tynan to help himself, to incriminate his co-defendants, and to otherwise influence, obstruct, and impede the proceedings of this case and other cases.

6. Thus, from on or about March 8, 2006 and continuing until on or about September 11, 2007, in Pike County, Alabama, and elsewhere, the defendant,

**ARINNIYI OMOLADE AKINYEMI,**

did corruptly influence, obstruct, and impedes and endeavors to influence, obstruct, and impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States.

All in violation of in violation of Title 18, United States Code, Section 1505.

## COUNT 2 – TAMPERING WITH MAIL

7. The allegations set forth in paragraphs 1 through 6 of this Information are hereby realleged as if set forth herein.

8. Between at least on or about April 28, 2006, and continuing until on or about September 12, 2007, in Pike County, Alabama, the defendant,

**ARINNIYI OMOLADE AKINYEMI,**

did knowingly open or destroy mail, namely letters addressed to B.D., D.R, and P.W., among others, which he knew were not directed to him.

All in violation of in violation of Title 18, United States Code, Section 1703.

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney