AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

### MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

**ARINNIYI OMOLADE AKINYEMI**

## WAIVER OF INDICTMENT

Case Number: **2:07-cr-61-MHT**

 

I, ARINNIYI OMOLADE AKINYEMI, the above named defendant, who is accused

of violations of Title 18, United States Code, Section 1505, and Title 18, United States Code, Section

1703, being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on ____10/29/07____ prosecution by indictment and consent that
DATE

the proceeding may be by information rather than by indictment.

 

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer