IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          *
        Plaintiff,                 *
                                   *
vs.                                *        CR. NO. 2:07cr-61-MHT
                                   *
ARINNIYI OMOLANDE AKINYEMI         *
        Defendant.                 *

## CERTIFICATION OF COMPLIANCE WITH FRCP RULE 11

## ON BEHALF OF ARINNIYI OMOLANDE AKINYEMI

COMES, James R. Cooper, Jr. who on behalf of his client Arinniyi Omolande Akinyemi, does certify that he has gone over the Plea Agreement with Mr. Akinyemi and has complied with the directives of this Court in informing Mr. Akinyemi concerning his plea and its consequences pursuant to FRCP 11.

Mr. Akinyemi does certify that he has been informed of the Contents of the proposed Plea Agreement and that Mr. Cooper has gone over with him the matters contained in FRCP 11, including the nature and existence of the Sentencing Guidelines, their advisory nature, the fact that other factors may impact on a plea agreement, the need for deterrence, the need to avoid disparity in sentencing, the availability of educational training and medical treatment, the need to protect the pubic, the need to provide restitution, the need to take into account the nature and seriousness of the offence and so forth.

RESPECTFULLY SUBMITTED,

James R. Cooper, Jr.

Arinniyi Omolande Akinyemi

/s/ James R. Cooper, Jr.

James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of October, 2007, I have filed the Withdrawal of Motion to Suppress  Upon Mr. Chris Snyder  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

/s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:

Mr. Arinniyi Omolande Akinyemi
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104