IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-61-MHT-WC |
| ) | |
| ARINNIYI OMOLADE AKINYEMI ) | |

### United States's Motion for Reduction of Offense Level for Acceptance of Responsibility

The United States moves this Court to reduce Arinniyi Omolade Akinyemi's offense level by one level based on Akinyemi's acceptance of responsibility. As grounds for this Motion, the United States notes:

1. On or about October 29, 2007–approximately one month and two weeks prior to trial–Akinyemi pleaded guilty to charges contained in a superseding information in this case.

2. This was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Akinyemi's offense level for acceptance of responsibility so that he may receive a total reduction of three levels for acceptance of responsibility.

Respectfully submitted this the 15th day of January, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to James Cooper.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney