AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA
v.
AKINNIYI OMOLADE AKINYEMI

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 2:07cr61-004-MHT
(WO)

USM Number: 12280-002

James R. Cooper, Jr.
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)  1s and 2s of the Felony Information on October 29, 2007

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1505 | Obstruction of Federal Proceedings | 9/11/2007 | 1s |
| 18 USC 1703 | Tampering with Mail | 9/11/2007 | 2s |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)  1, 5, and 6 of the Indictment   ☐ is   X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 24, 2008
Date of Imposition of Judgment

Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

1/29/2008
Date

AO 8B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: AKINNIYI OMOLADE AKINYEMI
CASE NUMBER: 2:07cr61-004-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

15 Months. This term consists of 15 months on Count 1s and 12 months on Count 2s, all such terms to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

**RETURNED AND FILED**

APR - 2

CLERK
U S DISTRICT COURT
M DIST OF ALA.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

AKINYEMI
USP ATLANTA 3/10/08

Defendant delivered on   3/18/07   to   PPCC

at   PINE PRAIRIE CORRECTIONAL CTR   with a certified copy of this judgment.
1133 HAMPTON DUPRE RD.
P O BOX 650
PINE PRAIRIE, LA 70576

Warden Viator
~~UNITED STATES MARSHAL~~

By   Pamela Doyle
~~DEPUTY UNITED STATES MARSHAL~~